**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

ABDILAHIWALI AHMED ABDIKADIR,

Petitioner,

v. Case No. 1:26-cv-00634 KWR-JMR

WARDEN, *Torrance County Detention Center*,
DAREN K. MARGOLIN, *Director for Executive Office for Immigration Review,*
TODD M. LYONS, *Acting Director of Immigration And Customs Enforcement*,
MARY DE ANDA-YBARRA, *El Paso Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement,*
PAMELA BONDI, *Attorney General of the United States, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department Of Homeland Security*,

Respondents.

## JUDGMENT

Consistent with the Order entered concurrently herewith, the Court grants in part the Petition and concludes that Petitioner is entitled to a bond hearing pursuant to § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide a bond hearing before an immigration judge for Petitioner pursuant to § 1226(a), as opposed to § 1225(b), within **seven (7) days** of the entry of this order, provided that the Court makes no determination whether in the future § 1231 detention provisions may apply. **Respondents shall not deny Petitioner bond or parole on the basis that § 1225(b) requires mandatory detention pending a decision on removal.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE